# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                        NO. 2022 KW 0618

VERSUS

TERRY FLANAGAN                                           **AUGUST 29, 2022**

---

In Re:    Terry Flanagan, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. DC-19-07451.

---

**BEFORE:   McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

   **WRIT DENIED AS MOOT.** The record of the Clerk of Court of
East Baton Rouge Parish shows the district court denied and
considered moot relator's Request and Motion for Discovery,
Disclosure and Inspection; Motion to Suppress the
Identification; Motion for Bond Reduction; Motion for Disclosure
of Impeaching Information; Motion and Order for Production of
Reports; and "Motion to Order for Production of the
Police/Sheriff Incident Report of the Investigation," on August
9, 2022.

                              **JMM**
                              **PMc**
                              **GH**

COURT OF APPEAL, FIRST CIRCUIT

_a.Sn_
_____
DEPUTY CLERK OF COURT
     FOR THE COURT